## SHIRLEY REALTY COMPANY, ETC., v. CITY OF EAST ORANGE ET AL.

Decided November 24, 1926.

### Zoning—Case Within Rule of Ignaciunas—Peremptory Writ Awarded.

On application for a peremptory writ of *mandamus*.

Before GUMMERE, CHIEF JUSTICE, and Justices TRENCHARD and MINTURN.

For the writ, *Jacob Lubetkin*.

*Contra, Walter C. Ellis.*

PER CURIAM.

The record presents the usual circumstances attending an application for a permit to build, which was refused under the provisions of the usual zoning ordinances, in East Orange. The case is *res judicata* under the opinion of this court, affirmed in the Court of Errors and Appeals, in the so-called Nutley case. *State* v. *Nutley*, 99 *N. J. L.* 389.

The peremptory writ of *mandamus* will therefore be awarded.